# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lasnik, Robert S. | U.S. District Court, WDWA | 06/17/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - active | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2009 to 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States District Court <br> 700 Stewart Street <br> Seattle, WA 98101 | Reviewing Officer _____ Date _____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2009 | Public Employees Retirement Syustem (PERS 2). A defined benefits retirement plan. (No control). |
| 2. | |
| 3. | |

Lasnik, Robert S.

| Name of Person Reporting | Date of Report |
|---|---|
| Lasnik, Robert S. | 06/17/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2009 | Seattle School District (Salary) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children, see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lasnik, Robert S. | 06/17/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lasnik, Robert S. | 06/17/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chase Mutual Savings (Accounts) | B | Interest | M | T | | | | | |
| 2. Bank of America (Accounts) | A | Interest | K | T | | | | | |
| 3. Microsoft common stock | A | Dividend | K | T | | | | | |
| 4. Starbucks common stock | | None | K | T | | | | | |
| 5. Income Fund of America (IRA) (Mutual Stocks & Bonds | A | Dividend | K | T | | | | | |
| 6. EuroPacific (IRA) (Mutual Stocks) | A | Dividend | J | T | | | | | |
| 7. Washington Mutual Investors (IRA) (Mutual Stocks)Amer. Funds | B | Dividend | L | T | | | | | |
| 8. New Perspective (IRA) (Mutual Stocks) American Funds | A | Dividend | K | T | Sold (part) | 1/5 | J | A | |
| 9. Amgen, Inc. common stock | | None | K | T | | | | | |
| 10. State Farm Universal Life Ins. | B | Interest | K | T | | | | | |
| 11. PERS 2 - State Pension Plan | D | Interest | M | T | | | | | |
| 12. Blackrock Basic Value Fund (Mutual Stocks Fund) | A | Dividend | K | T | | | | | |
| 13. ING Magnacap (Mutual Stocks Fund) | A | Dividend | K | T | | | | | |
| 14. Franklin Tax-Free (Mutual Municipal Bonds Fund) | B | Dividend | K | T | | | | | |
| 15. Blackrock Municipal Bond Insured | C | Dividend | L | T | | | | | |
| 16. Key Bank (Accounts) | C | Interest | N | T | | | | | |
| 17. Capital World Growth (Mutual Stocks) IRA | C | Dividend | M | T | | | | | |

Income Gain Codes:       A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000    G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
Value Codes               J =$15,000 or less       K =$15,001 - $50,000       L =$50,001 - $100,000        M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000   O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                           P3 =$25,000,001 - $50,000,000                                                 P4 =More than $50,000,000
Value Method Codes         Q =Appraisal            R =Cost (Real Estate Only)  S =Assessment               T =Cash Market
(See Column C2)            U =Book Value           V =Other                     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lasnik, Robert S. | 06/17/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children: see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | Capital Income Builder (Mutual Stocks & Bonds) | B | Dividend | K | T | Sold (part) | 1/5 | J | A | |
| 19. | Growth Fund of America (Mutual Stocks) IRA | A | Dividend | K | T | | | | | |
| 20. | New York, N.Y. Rental Condo | E | Rent | N | W | | | | | |
| 21. | American Funds (Mutual Stocks) (Fundamental Inv) | A | Dividend | K | T | Sold (part) | 1/5 | J | A | |
| 22. | Fidelity Adv. Energy | A | Dividend | J | T | | | | | |
| 23. | Washington Federal Savings | D | Interest | N | T | | | | | |
| 24. | Fidelity Adv. Mid Cap Fund | A | Dividend | K | T | | | | | |
| 25. | Merrill Lynch Money Mkt. (X) | A | Interest | J | T | | | | | |
| 26. | Federated Capital Reserves (X) | A | Interest | L | T | | | | | |
| 27. | Home Street Bank | A | Interest | M | T | Open | 11/27 | L | | |
| 28. | American High-Income Muni Bond Fund | A | Interest | J | T | Buy | 9/24 | J | | |
| 29. | American Ltd. Term Tax Exempt Bond Fund | A | Interest | K | T | Buy | 9/24 | K | | |
| 30. | Tax-Exempt Bond Fund of America | A | Interest | K | T | Buy | 9/29 | K | | |
| 31. | | | | | | | | | | |

A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lasnik, Robert S. | 06/17/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Investments and Trusts

1) Washington Mutual is now Chase

| Name of Person Reporting | Date of Report |
|---|---|
| Lasnik, Robert S. | 06/17/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544